

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-18-00391-CR**

**IN RE MAURICE ELLISON**

_____

**Original Proceeding**

**MEMORANDUM OPINION**

In this mandamus proceeding, Maurice Ellison requests this Court to order the Johnson County District Clerk to respond to Ellison's motion for new trial by sending Ellison a copy of the filed motion, any answer filed, or "a certificate reciting the date upon which any finding was made." There are procedural problems with Ellison's request including that it does not appear the request has been served on the District Clerk as the respondent or the State as the real party in interest, *see* TEX. R. APP. P. 9.5; 52.2; however, we use Rule 2 and look beyond these deficiencies to dispose of Ellison's petition. TEX. R. APP. P. 2.

As a Court of Appeals, we have no jurisdiction to compel a district clerk to act except to enforce our jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b) (West 2004).

Ellison has not alleged any need for this Court to protect that jurisdiction.

Accordingly, Ellison's Original Application for Writ of Mandamus is dismissed for want of jurisdiction.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Application dismissed
Opinion delivered and filed January 2, 2019
[OT06]

